```
                            United States Bankruptcy Court
                             Eastern District of New York
In re:                                                                  Case No. 16-41167-nhl
Albert R Perez                                                          Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: cteutonic            Page 1 of 1             Date Rcvd: Aug 15, 2016
                              Form ID: 305               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2016.
db             +Albert R Perez,    20 Skyline Drive,    Staten Island, NY 10304-4814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              Gregory Messer     gremesser@aol.com,    lduc@aol.com,gmesser@messer-law.com,
               mwilliams@messer-law.com,ny54@ecfcbis.com
              Karen Marie Sheehan    on behalf of Creditor    Wells Fargo Bank, N.A. ksheehan@flwlaw.com,
               jspiegelman@flwlaw.com;plamberti@flwlaw.com
              Kevin B Zazzera    on behalf of Debtor Albert R Perez kzazz007@yahoo.com
              Lisa Milas    on behalf of Creditor    Wells Fargo Bank, N.A. lmilas@schillerknapp.com,
               MPilinko@schillerknapp.com;MPilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
              Martin A Mooney    on behalf of Creditor    Wells Fargo Bank, N.A. MPilinko@schillerknapp.com,
               mpilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                               TOTAL: 6

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−41167−nhl |
| Albert R Perez | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−4166 | |
| DEBTOR(s) | |

## NOTICE OF HEARING ON

## REAFFIRMATION AGREEMENT(S)

**NOTICE IS HEREBY GIVEN THAT:**

A hearing concerning a reaffirmation agreement (or agreements) of the kind specified in § 524 of the Bankruptcy Code, will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on September 8, 2016 at 11:30 AM at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 2529 − 2nd Floor, Brooklyn, NY 11201−1800**

A hearing to approve the reaffirmation agreement(s) is required.

Attendance at the hearing by the Debtor and counsel, if any, is required. Failure by the debtor to appear will result in disapproval by the court of the subject agreements(s).

Dated: August 15, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**reafargt2.jsp** [Notice of Hearing on Reaffirmation Agreement rev. 05/12/09]